## 530

**No. 45311.**—Protests 792439–G, etc., of Ed. C. Geyer & Co. et al. (Baltimore, etc.).

Opinion by BROWN, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45312.**—Protests 40343–K (B), etc., of Pietro Deiro et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JANUARY 29, 1941

**No. 45313.**—Protests 924329–G, etc., of Morganstern Bros. et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JANUARY 30, 1941

**No. 45314.**—Protest 981601–G of General Aniline Works, Inc. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel that the Ampho soap DN in question contains stearic acid derived from tallow it was held taxable at only 3 cents per pound on the weight of the stearic acid as claimed.

**No. 45315.**—Protest 29638–K of General Dyestuff Corp. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel the commodity in question was held dutiable at only 3 cents per pound as claimed.

**No. 45316.**—Protests 30820–K, etc., of General Dyestuff Corp. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel the commodity in question was held not subject to the tax imposed.

**No. 45317.**—Protests 23522–K, etc., of Bullocks, Inc., et al. (Los Angeles, etc.).

Opinion by BROWN, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.